USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1427 UNITED STATES, Appellee, v. MICHAEL MERRIC, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Michael Merric on brief pro se. ______________ Jay P. McCloskey, United States Attorney, and Margaret D. __________________ ____________ McGaughey, Assistant United States Attorney, on Memorandum of Law in _________ Support of Motion Pursuant to Loc. R. 27.1 for Summary Disposition for appellee. ____________________ AUGUST 19, 1997 ____________________ Per Curiam. Assuming without deciding that we have ___________ jurisdiction to hear this appeal, and having carefully reviewed the briefs and record, we find no clear error in the order of commitment pursuant to 18 U.S.C. 4241(d).  We will not second-guess the district court's determination of the credibility of the psychiatric reports, even supposing that issue of credibility was not waived before the district court. Further, in the context of this interlocutory appeal from the 4241(d) commitment order, we have no call to review defendant's complaints about his medication and the underlying criminal charges. The order is affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ Appellant's motion for stay pending appeal is denied as ______ moot. -2-